

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00165-CR

CHARLES LEE MARTIN                                          APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

## FROM THE 89TH DISTRICT COURT OF WICHITA COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered pro se "Appellant's Motion To Dismiss Appeal." The motion substantially complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 19, 2013